CENTRAL BANK OF ROCHESTER, Respondent, *v.* LAURA M. KIMBALL et al., as Executors of WILLIAM S. KIMBALL, Deceased, Appellants, Impleaded with Others.

*Central Bank of Rochester* v. *Kimball,* 70 App. Div. 624, affirmed.
(Argued May 11, 1903; decided June 2, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 20, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Walter S. Hubbell* for appellants.

*John P. Bowman* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

HARRY W. TRUE, Respondent, *v.* THE NIAGARA GORGE RAILROAD COMPANY, Appellant.

*True* v. *Niagara Gorge R. R. Co.,* 70 App. Div. 383, affirmed.
(Argued May 11, 1903; decided June 2, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 18, 1902, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*J. H. Metcalf* for appellant.

*P. F. King* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.